IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BARBARA CLARK,                              Case No. 3:11-cv-337

    Plaintiff,

                                  Judge Timothy S. Black

vs.

MICHAEL J. ASTRUE,
Commissioner of the Social
Security Administration,

    Defendant.

## ORDER VACATING THE REFERENCE OF THIS CASE TO THE MAGISTRATE JUDGE

The reference of this case to the Magistrate Judge is hereby vacated.

**IT IS SO ORDERED.**

Date: 4/18/12

                                                   *Timothy S. Black*
                                                   Timothy S. Black
                                                   United States District Judge