UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**BARBARA CLARK,**

    Plaintiff,

                                                    CASE NO.   3:11-CV-337

-vs-

                                                    **Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

    **[ ]**   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]**   **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that ALJ's Non-Disability Finding is **FOUND SUPPORTED BY SUBSTANTIAL EVIDENCE**, and is **AFFIRMED**; and that the case is **TERMINATED** from the docket of the Court.

Date: August 7, 2012                                           **JAMES BONINI, CLERK**

                                                                        By: *s/ M. Rogers*
                                                                           Deputy Clerk